UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Caritas Technologies, Inc.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2-05CV-339DF |
| | § | |
| v. | § | |
| | § | |
| **Comcast Corporation,** | § | |
| **Comcast Cable Communications, LLC,** | § | |
| **Comcast IP Phone, LLC,** | § | |
| d/b/a Comcast Digital Voice, and | § | |
| **Comcast IP Phone II, LLC,** | § | |
| d/b/a Comcast Digital Voice, | § | |
| | § | |
| Defendants. | § | |

### [PROPOSED] FINAL JUDGMENT OF NON-INFRINGEMENT

It is Ordered and Adjudged:

That, pursuant to Fed. R. Civ. P. 54(b), final judgment is entered in favor of defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast IP Phone, LLC, d/b/a Comcast Digital Voice, and Comcast IP Phone II, LLC, d/b/a Comcast Digital Voice on plaintiff Caritas Technologies, Inc.'s claim for infringement of U.S. Patent No. 6,661,779, and in favor of defendants on their counterclaim for a declaratory judgment of non-infringement.

Dated at _____, Texas, this 9 day of November, 2006.

*David Folsom*

02815/00502 563408.1