UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Caritas Technologies, Inc.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2-05CV-339DF |
| | § | |
| v. | § | |
| | § | |
| **Comcast Corporation,** | § | |
| **Comcast Cable Communications, LLC,** | § | |
| **Comcast IP Phone, LLC,** | § | |
| d/b/a Comcast Digital Voice, and | § | |
| **Comcast IP Phone II, LLC,** | § | |
| d/b/a Comcast Digital Voice, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEAL**

Notice is hereby given that Caritas Technologies, Inc., the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of Non-Infringement entered in this action on November 9, 2006.

Dated: November 13, 2006

CARITAS TECHNOLOGIES, INC.,
/s/
Lee Carl Bromberg, MA BBO# 058480
Lead Attorney
Kerry L. Timbers, MA BBO# 552293
Joel R. Leeman, MA BBO# 292070
Lisa M. Tittemore, MA BBO# 567941
Jack C. Schecter, MA BBO# 652349
Meredith L. Ainbinder MA BBO# 661132

BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Telephone:  (617) 443-9292
Facsimile:   (617) 443-0004
lbromberg@bromsun.com

Mikal C. Watts, TX Bar #20981820
Martin J. Siegel, TX Bar #18342125
WATTS LAW FIRM, LLP
Tower II Building, 14th Floor
555 North Carancahua Street
Corpus Christi, Texas 78478-0801
Telephone: (361) 887-0500
Facsimile:  (361) 887-0055

Carl R. Roth, TX Bar # 17312000
Michael C. Smith, TX Bar #18650410
ROTH LAW FIRM
PO Box 876
Marshall, Texas 75671
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

Kurt Truelove, TX Bar # 24013653
Nicholas H. Patton, TX Bar # 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard - P. O. Box 5398
Texarkana, Texas 7550505398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

## CERTIFICATE OF SERVICE

I certify that this document has been filed electronically and a true and correct copy has therefore been served electronically on all counsel who have consented to electronic service.

/s/
Meredith L. Ainbinder

02815/00502  563473.1