UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Caritas Technologies, Inc.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **Comcast Corporation,** § | Civil Action No. 2-05-cv-00339-DF |
| **Comcast Cable Communications, LLC,** § | |
| **Comcast IP Phone, LLC,** § | |
| d/b/a Comcast Digital Voice, and § | |
| **Comcast IP Phone II, LLC** § | |
| d/b/a Comcast Digital Voice, § | |
| § | |
| **Defendants.** § | |

## ORDER ON PLAINTIFF'S COUNSEL MARTIN J. SIEGEL'S AND MIKAL C. WATTS'S MOTION TO WITHDRAW AS COUNSEL

WHEREAS two of Plaintiff's counselors, Martin J. Siegel and Mikal C. Watts of the Watts Law Firm, have moved to withdraw as Plaintiff's counsel, and

WHEREAS Martin J. Siegel's and Mikal C. Watts's motion is unopposed by the Plaintiff and other Plaintiff's counsel, and

WHEREAS Plaintiff's other counsel will continue to adequately represent Plaintiff in this action,

IT IS ORDERED that Martin J. Siegel's and Mikal C. Watts's motion to withdraw as counsel is hereby GRANTED.

**SIGNED this 15th day of February, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE