**DISTRICT JUDGE'S COPY**

NOTE:   This disposition is nonprecedential

FILED-CLERK
U.S. DISTRICT COURT

2007 AUG 22  AM 10: 42

# United States Court of Appeals for the Federal Circuit

TX EASTERN-MARSHALL

2007-1057

BY_____

2:05CV339

CARITAS TECHNOLOGIES, INC ,

Plaintiff-Appellant,

v

COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST IP PHONE, LLC (doing business as Comcast Digital Voice), and COMCAST IP PHONE II, LLC, (doing business as Comcast Digital Voice),

Defendants-Appellees

Kerry L. Timbers, Bromberg & Sunstein LLP, of Boston, Massachusetts, argued for plaintiff-appellant   With him on the brief were Lee Carl Bromberg, Karen A. Buchanan, and Meredith L. Ainbinder

Daralyn J. Durie, Keker & Van Nest LLP, of San Fransisco, California, argued for defendanst-appellees   With him on the brief were Asim M. Bhansali, and Matthias A. Kamber

Appealed from.  United States District Court for the Eastern District of Texas

Judge David J Folsom

NOTE: This disposition is nonprecedential

# United States Court of Appeals for the Federal Circuit

2007-1057

CARITAS TECHNOLOGIES, INC.,

                 Plaintiff-Appellant,

v.

COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC,
COMCAST IP PHONE, LLC (doing business as Corncast Digital Voice),
and COMCAST IP PHONE II, LLC, (doing business as Corncast Digital Voice),

                 Defendants-Appellees.

## JUDGMENT

ON APPEAL from the    United States District Court for
            the Eastern District of Texas

In CASE NO(S)      2:05-CV-339

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER, and PROST, Circuit Judges).

      AFFIRMED. See Fed. Cir. R. 36.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 17 2007

JAN HORBALY
CLERK

ENTERED BY ORDER OF THE COURT

DATED: AUG 17 2007        /Jan Horbaly/
                   Jan Horbaly, Clerk

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 22 2007

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF ENTRY OF
JUDGMENT WITHOUT OPINION

JUDGMENT ENTERED: 08/17/07

The judgment of the court in your case was entered today pursuant to Rule 36. This Court affirmed the judgment or decision that was appealed. None of the relief sought in the appeal was granted. No opinion accompanied the judgment. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

Costs are taxed against the Appellant(s) in favor of the Appellee(s) under Rule 39. The party entitled to costs is provided a bill of costs form and an instruction sheet with this notice.

The parties are encouraged to stipulate to the costs. A bill of costs will be presumed correct in the absence of a timely filed objection.

Costs are payable to the party awarded its costs. If costs are awarded to the government, they should be paid to the Treasurer of the United States. Where costs are awarded against the government, payment should be made to the person(s) designated under the governing statutes, the court's orders, and the parties' written settlement agreements. In cases between private parties, payment should be made to counsel for the party awarded costs or, if the party is not represented by counsel, to the party pro se. Payment of costs should not be sent to the court. Costs should be paid promptly.

Regarding exhibits and visual aids: Your attention is directed to FRAP 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

JAN HORBALY
Clerk

cc: Kerry L. Timbers
Daralyn J. Durie

CARITAS TECH V COMCAST, 2007-1057
DCT - ED/TX, 2:05-CV-339